IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW YULE,<br><br>　　　　　　Defendant. | 9:21-po-05029-M-KLD<br><br>Violation Numbers:<br>FBDW00GI<br>FBDW00GJ<br>FBDW00GK<br><br>Location Code: M10<br><br>ORDER AND JUDGMENT |

Defendant Andrew Yule appeared in the above-entitled matter on November 30, 2021. At the time of Defendant's appearance, Plaintiff's counsel, Assistant United States Attorney Jen Clark moved to dismiss violation notices FBDW00GI and FBDW00GJ. Defendant entered a plea of guilty to the charge of possession and discharging fireworks in violation of 36 C.F.R. § 261.52F, as set forth in violation notice FBDW00GK.  Accordingly,

**IT IS ORDERED** that Violation Numbers FBDW00GI and FBDW00GJ are **DISMISSED.**

**IT IS FURTHER ORDERED** that for Violation Number FBW00GK, Defendant must pay a $100 fine, $10 special assessment, and $30 processing fee

for a total amount due of $140. This amount has been paid in full, receipt number MTX9-16641.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

DATED this 1st day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge